AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| DANIEL E. MEJIA | CM/ECF Case No. 3:24-PO-00154-CHG |
| 4354 SALEM AVE | Case No. OS10  E2233627-628 |
| TROTWOOD, OH 45416 | USM No. |
| | F. Arthur Mullins |
| | Defendant's Attorney |

**THE DEFENDANT:** DANIEL E. MEJIA

☑ **THE DEFENDANT** pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12 | Operating a motor vehicle without valid drivers license | 9/4/24 | 1 |

☑ Count(s)  2   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 90 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $75.00 | $ 5.00 | $ 70.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 2006

City and State of Defendant's Residence:
TROTWOOD, OH

3/19/25
Date of Imposition of Judgment

Signature of Judge

Caroline H. Gentry, United States Magistrate Judge
Name and Title of Judge

3/26/25
Date